

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMB
F.#2010R00057

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 2, 2011

**Via Hand Delivery and ECF**

The Honorable Raymond J. Dearie
Chief United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Zarein Ahmedzay
        Criminal Docket No. 10-019 (S-1)(RJD)

Dear Chief Judge Dearie:

    Sentencing in the above-referenced case is currently scheduled for Friday, February 4, 2011. The government and the defendant jointly respectfully request that sentencing be adjourned to a date thereafter to be determined in consultation with the Court.

                            Respectfully submitted,

                            LORETTA E. LYNCH
                            United States Attorney

                    By:     /s/
                            David Bitkower
                            Assistant U.S. Attorney

cc: Clerk of the Court (RJD) (by ECF)
    Michael Marinaccio, Esq. (via facsimile)