Case 1:10-cr-00019-RJD   Document 154   Filed 12/06/11   Page 1 of 1 PageID #: 695



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JPL
F.#2010R00057

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 6, 2011

**Via Hand Delivery and ECF**

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Zarein Ahmedzay
            Criminal Docket No. 10-019 (S-1)(RJD)

Dear Judge Dearie:

       Sentencing in the above-referenced case is currently scheduled for Friday, December 9, 2011. The government respectfully requests that sentencing be adjourned to Friday, June 8, 2012, at 11:00 a.m. I have consulted with defense counsel and there is no objection to this request.

                            Respectfully submitted,

                            LORETTA E. LYNCH
                            United States Attorney

                   By:       /s/
                            James P. Loonam
                            Assistant U.S. Attorney

cc:  Clerk of the Court (RJD) (by ECF)
     Michael Marinaccio, Esq. (by ECF)