

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

BWB
F.#2010R00057

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 6, 2012

**Via Hand Delivery and ECF**

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Zarein Ahmedzay
        Criminal Docket No. 10-019 (S-1)(RJD)

Dear Judge Dearie:

    Sentencing in the above-referenced case is currently scheduled for Friday, June 8, 2012.  The government respectfully requests that sentencing be adjourned to Friday, November 9, 2012.  I have consulted with defense counsel and there is no objection to this request.

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney

By:      /s/
    Berit W. Berger
    Assistant U.S. Attorney

cc:  Clerk of the Court (RJD) (by ECF)
    Michael Marinaccio, Esq. (by ECF)

APPLICATION GRANTED.
Sentence adjourned to
11/9/12 at 10:00am.
SO ORDERED.
6/7/12

/s/ Raymond J. Dearie
RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE