

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

BWB
F.#2010R00057

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 6, 2012

**Via Hand Delivery and ECF**

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Zarein Ahmedzay
             <u>Criminal Docket No. 10-019 (S-1)(RJD)</u>

Dear Judge Dearie:

      Sentencing in the above-referenced case is currently scheduled for Friday, November 9, 2012. The government respectfully requests that sentencing be adjourned to Friday, May 10, 2012. I have consulted with defense counsel and there is no objection to this request.

                              Respectfully submitted,

                                LORETTA E. LYNCH
                              United States Attorney

                    By:        /s/
                              Berit W. Berger
                              Assistant U.S. Attorney

cc:  Clerk of the Court (RJD) (by ECF)
     Michael Marinaccio, Esq. (by ECF)