

U.S. Department of Justice

United States Attorney
Eastern District of New York

271 Cadman Plaza East
Brooklyn, New York 11201

October 9, 2015

By ECF

Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Zarein Ahmedzay
              Criminal Docket No. 10-019 (RJD)

Dear Judge Dearie:

      The government respectfully requests that sentencing be adjourned in the above-captioned matter for six months.  I have conferred with defense counsel, who has no objection to this request.

      Respectfully submitted,

      KELLY T. CURRIE
      Acting United States Attorney

By:      /s/
      James P. Loonam
      Assistant U.S. Attorney
      (718) 254-7520

cc: Clerk of the Court (RJD) (by ECF)
    Michael Marinaccio, Esq. (via email)