

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP
F. #2009R01793

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 20, 2016

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Zarein Ahmedzay
              Criminal Docket No. 10-019 (RJD)

Dear Judge Dearie:

      The government respectfully requests that the sentencing in the above-captioned matter be adjourned for six months.  I have conferred with defense counsel, who has no objection to this request.

                             Respectfully submitted,

                             ROBERT L. CAPERS
                             United States Attorney

               By:    /s/
                             Douglas M. Pravda
                             Assistant U.S. Attorney
                             (718) 254-6268

cc:    Clerk of Court (RJD) (by ECF)
       Michael Marinaccio, Esq., counsel for the defendant (by email)